

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-13-00722-CV

Trial Court Cause
Number:     2006-21138

Style:     Burghardt Smith

    **v** Cassandra Michelle Myers

Date motion filed[*]:     January 31, 2014

Type of motion:     Motion for Extension to File Response

Party filing motion:     Burdhardt Smith, Appellant

Document to be filed:     Supplemental briefing

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

    Original due date:     February 3, 2014

    Number of previous extensions granted:     0

    Date Requested:     January 31, 2014

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: <u>February 10, 2014 by 12:00 p.m.</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: <u>/s/ Harvey Brown</u>
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>February 3, 2014</u>